**Order entered May 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01365-CV

### JOHN C. MCCONNELL, M.D., Appellant

### V.

### COVENTRY HEALTH CARE NATIONAL NETWORK AND FIRST HEALTH GROUP CORP. AND LIBERTY MUTUAL INSURANCE COMPANY, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09509**

## ORDER

We **GRANT** appellant's May 13, 2014 first unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than May 24, 2014.

/s/      ELIZABETH LANG-MIERS
           JUSTICE